UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-21575-CIV-MORENO

ALEXANDRE DACCACHE, on behalf of
himself and all others similarly situated,

        Plaintiffs,

vs.

RAYMOND JAMES FINANCIAL, INC. d/b/a
RAYMOND JAMES; RAYMOND JAMES &
ASSOCIATES, INC.; ARIEL QUIROS;
WILLIAM STENGER; and JOEL
BURSTEIN,

        Defendants.
_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon review of the Motion to Transfer This Case to the District of Vermont **(D.E. 41)**, filed on **June 15, 2016**, that is pending before the United States Judicial Panel on Multidistrict Litigation.

In light of the Motion to Transfer, the Court finds it advisable to **STAY** this case until the Panel on Multidistrict Litigation rules on whether this case should be transferred to another court. Accordingly, it is

**ADJUDGED** that:

I.    The Clerk of this Court shall mark this cause as **CLOSED** for statistical purposes and place the matter in a civil suspense file.

II.    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to

final disposition.

III.   All pending motions are **DENIED AS MOOT** with leave to refile if this case is restored to the active docket.

IV.   This order shall not prejudice the rights of the parties to this litigation.

V.   Plaintiffs **SHALL** notify the Court by **September 22, 2016**, and every three months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 of June 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record