## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-CV-21575-FAM

ALEXANDRE DACCACHE, CARLOS
ENRIQUE HILLER SANCHEZ, PHILIP
CALDERWOOD, JOSE ANTONIO PIETRI,
JOSE R. CASSERES-PINTO, TONGYI
WANG, JAMES B. SHAW, JOHANNES
EIJMBERTS, and LORNE MORRIS, on
behalf of themselves and all others
similarly situated,

       Plaintiffs,

v.

RAYMOND JAMES & ASSOCIATES, INC.,
PEOPLE'S UNITED FINANCIAL, INC., as
successor-in-interest to Chittenden Trust
Company, PEOPLE'S UNITED BANK,
ARIEL QUIROS, WILLIAM STENGER and
JOEL BURSTEIN,

       Defendants.

_____/

### ORDER GRANTING ARIEL QUIROS' MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED CLASS ACTION COMPLAINT

THIS CAUSE came before the Court on Defendant Ariel Quiros' Motion for Extension of Time to Respond to Amended Class Action Complaint. The Court has carefully considered the Motion and is otherwise fully advised in the premises. After due consideration, it is hereby

**ORDERED AND ADJUDGED** that Mr. Quiros' Motion for Extension of Time to Respond to Amended Class Action Complaint is **GRANTED**. Mr. Quiros shall file his response to the Amended Class Action Complaint on or before September 30, 2016.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___ day of _____, 2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

cc:    All counsel of record