UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CV-21575-FAM

ALEXANDRE DACCACHE, CARLOS ENRIQUE
HILLER SANCHEZ, PHILIP CALDERWOOD, JOSE
ANTONIO PIETRI, JOSE R. CASSERES-PINTO,
TONGYI WANG, JAMES B. SHAW, JOHANNES
EIJMBERTS, and LORNE MORRIS, on behalf of
themselves and all others similarly situated

     Plaintiffs

v.

RAYMOND JAMES & ASSOCIATES, INC.,
PEOPLE'S UNITED FINANCIAL, INC.,
PEOPLE'S UNITED BANK, ARIEL QUIROS,
WILLIAM STENGER, and JOEL BURSTEIN,

     Defendants.
_____/

### RAYMOND JAMES & ASSOCIATES, INC.'S NOTICE OF CORRECTION TO MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Raymond James & Associates, Inc. ("R.J.") hereby corrects a statement that it made in its Motion to Dismiss Plaintiffs' Amended Complaint (D.E. 108).

Plaintiffs bring claims against R.J. that stem from their investments in various Limited Partnerships formed for the construction of the Jay Peak Project, alleging that R.J. is liable because the Limited Partnerships' money was misappropriated from R.J.'s accounts. Plaintiffs allege that there were eight separate Phases of the Project and eight separate associated Limited Partnerships. R.J. attempted to point out in its Motion to Dismiss that Plaintiffs collectively invested in only *some* of the associated Limited Partnerships and, thus, that they could not maintain an action for damages for alleged losses to *all* of the associated Limited Partnerships.

On page two of R.J.'s Motion to Dismiss, R.J. mistakenly stated that Plaintiffs collectively held interests in only the Phase II, III, and VII Limited Partnerships. Upon further scrutiny, R.J. realized that this statement was a mistake and that two of Plaintiffs hold interests in the Phase VI Limited Partnership and one holds an interest in the Phase VIII Limited Partnership.

Thus, while named Plaintiffs do hold interests in the Phase II, III, VI, VII, and VIII Limited Partnerships, none holds an interest in the Phase I, IV, or V Limited Partnerships.

Dated: September 22, 2016.

            Respectfully submitted,

            s/ Stanley H. Wakshlag
            Stanley H. Wakshlag
            E-mail: swakshlag@knpa.com
            Deborah S. Corbishley
            E-mail: dcorbishley@knpa.com
            Ryan Zagare
            E-mail: rzagare@knpa.com
            Janelle M. Ans
            E-mail: jans@knpa.com
            Kenny Nachwalter, P.A.
            Four Seasons Tower
            Suite 1100
            1441 Brickell Avenue
            Miami, FL 33131
            Telephone: (305) 373-1000
            Facsimile: (305) 372-1861
            *Counsel for Defendant, Raymond James*
            *& Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this on September 23, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in the manner stated in the service list attached.

s/ Stanley H. Wakshlag  
Stanley H. Wakshlag

## SERVICE LIST
## US District Court, Southern District of Florida
### Case No. 16-CV-21575-FAM
*Alexandre Daccache, et al. v. Raymond James & Associates, Inc.., et al.*

Harley S. Tropin
hst@kttlaw.com
Thomas A. Tucker Ronzetti
tr@kttlaw.com
Tal J. Lifshitz
tjl@kttlaw.com
Dyanne Elyce Feinberg
def@kttlaw.com
Maia Aron
ma@kttlaw.com
Rachel Sullivan
rs@kttlaw.com
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd., 9th floor
Miami, FL 33134
*Counsel for Plaintiffs*
**VIA CM/ECF**

Daniel C. Girard *(pro hac vice)*
dcg@girardgibbs.com
amv@girardgibbs.com
Adam E. Polk *(pro hac vice)*
aep@girardgibbs.com
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco, California 94108
*Co-Counsel for Plaintiffs*
**VIA CM/ECF**

Kathleen M. Donovan-Maher *(pro hac vice)*
kdonovanmaher@bermandevalerio.com
Nathaniel L. Orenstein *(pro hac vice)*
norenstein@bermandevalerio.com
Steven J. Buttacavoli *(pro hac vice)*
sbuttacavoli@bermandevalerio.com
Berman DeVarlerio
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
*Co-Counsel for Plaintiffs*
**VIA CM/ECF**

James D. Sallah
jds@sallahlaw.com
Jeffrey L. Cox
jlc@sallahlaw.com
Joshua A. Katz
jak@sallahlaw.com
Sallah Astarita & Cox, LLC
One Boca Place
2255 Glades Road
Suite 300 E
Boca Raton, FL 33431
*Counsel for Defendant Joel Burstein*
**VIA CM/ECF**

Scott B. Cosgrove
scosgrove@leoncosgrove.com
James R. Bryan
jbryan@leoncosgrove.com
León Cosgrove, LLC
255 Alhambra Circle, Suite 800
Coral Gables, FL 33134
*Counsel for Defendant Ariel Quiros*
**VIA CM/ECF**

David B. Gordon *(pro hac vice)*
dbg@msk.com
Travis Meserve *(pro hac vice)*
txm@msk.com
Mitchell Silberberg & Knupp LLP
12 East 49th Street
30th Floor, New York, NY 10017
*Counsel for Defendant Ariel Quiros*
**VIA CM/ECF**

John S. Durrant *(pro hac vice)*
jsd@msk.com
Mitchell Silberberg & Knupp LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064-1683
*Counsel for Defendant Ariel Quiros*
**VIA CM/ECF**

4

William Stenger
1276 Bluff Road
Newport, VT 05855
billstenger123@gmail.com

Jonathan E. Minsker
Jminsker@kasowitz.com
Maria H. Ruiz
mruiz@kasowitz.com
Kasowitz Benson Torres & Friedman LLP
1441 Brickell Avenue
Suite 1420
Miami, FL 33131
*Counsel for Defendants People's United
Financial, Inc. and People's United Bank, N.A.*
**VIA CM/ECF**