UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-21575-FAM

ALEXANDRE DACCACHE, on
behalf of himself and all others
similarly situated,

      Plaintiffs,

v.

RAYMOND JAMES FINANCIAL, INC., et al.,

      Defendants.
_____/

### AFFIDAVIT OF KEVIN COCCHIOLA, JR.

STATE OF CONNECTICUT   )
                                 ) ss:
COUNTY OF FAIRFIELD     )

      Kevin Cocchiola, Jr., under penalty of perjury hereby deposes and says:

      1.      I am a First Vice President of Branch Administration in the Regional Banking division of People's United Bank, National Association ("PUB"), and I submit this affidavit in support of what I understand to be the Motion of People's United Financial, Inc. ("PUFI") and PUB to Dismiss this lawsuit. I have been employed by PUB continually since 2000 and in my current position since 2014. I have personal knowledge of the matters stated in this affidavit.

1

**People's United Financial, Inc.**

2. PUFI is incorporated in Delaware, with its principal place of business in Bridgeport, Connecticut. PUFI is a bank holding company and not an operating entity. It is the parent of PUB.

3. PUFI is not registered to do business in Florida, and does not have any offices, mailing addresses or phone numbers in Florida, and does not own any assets, bank accounts or investments that are maintained in Florida. PUFI does not engage in advertising in, or directed to, Florida.

**People's United Bank, National Association**

4. PUB is a national banking association with its principal place of business in Bridgeport, Connecticut. PUB is a wholly owned bank subsidiary of PUFI.

5. PUB provides consumer, commercial banking and wealth management services through branches located in Connecticut, Vermont, New Hampshire, Massachusetts, Maine and New York.

6. PUB is not registered to do business in Florida, and does not have any branches, offices, automated teller machines (ATMs), mailing addresses or phone numbers in Florida. PUB also does not own any assets, bank accounts or investments maintained in Florida. PUB does not engage in advertising in, or directed to, Florida.

7.  I hereby swear and certify that the foregoing statements made by me are true and accurate and to the best of my personal knowledge unless otherwise stated to be upon information and belief or otherwise.

_____
Kevin Cocchiola, Jr.

Sworn to before me this
30th day of September, 2016

_____
Notary Public/Commissioner