UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-21575-FAM

ALEXANDRE DACCACHE, on
behalf of himself and all others
similarly situated,

       Plaintiffs,

v.

RAYMOND JAMES FINANCIAL, INC., et al.,

       Defendants.
_____/

## AFFIDAVIT OF KEVIN W. SMITH

STATE OF CONNECTICUT   )
                                    ) ss:
COUNTY OF FAIRFIELD      )

     Kevin W. Smith, under penalty of perjury hereby deposes and says:

     1.    I am a First Vice President in the Institutional Trust & Custody Services department of People's United Bank, National Association ("PUB"), and I submit this affidavit in support of what I understand to be the Motion of People's United Financial, Inc. ("PUFI") and PUB to Dismiss this lawsuit. I have been employed by PUB continually since 2001 and in my current position since 2011. I have personal knowledge of the matters stated in this affidavit.

     2.    I am familiar with the Jay Peak EB-5 program and escrow agreements involved in this lawsuit, which were handled through PUB's Institutional Trust & Custody Services

1

department in which I am employed, and I supervise the PUB employees who handled the escrows related to that program.

3. All of the alleged conduct of PUB relating to the Jay Peak transactions in this lawsuit occurred (if at all), from PUB's Burlington, Vermont offices.

4. The Jay Peak escrow agreements were prepared and executed by PUB employees in Vermont. The escrow agreements state that they are governed by Vermont law, and they concern Vermont limited partnerships to develop projects and properties in Vermont, in and around Jay Peak in Jay, Vermont and Burke Mountain in East Burke, Vermont.

5. All notices relating to the Jay Peak escrow agreements were received by PUB in Vermont.

6. All decisions by PUB concerning the Jay Peak escrow agreements and all transfers of funds from the investors' escrow accounts were made from and in Vermont, or Connecticut.

7. Based upon my own knowledge, discussions with other PUB employees involved with the Jay Peak escrow agreements, and my understanding of our role as escrow agent, PUB employees did not travel to Florida to conduct any business relating to the Jay Peak escrow agreements.

8.      I hereby swear and certify that the foregoing statements made by me are true and accurate and to the best of my personal knowledge unless otherwise stated to be upon information and belief or otherwise.

_____
Kevin W. Smith

Sworn to before me this
30th day of September, 2016

_____
~~Notary Public~~/Commissioner