UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-21575-FAM

ALEXANDRE DACCACHE, CARLOS
ENRIQUE HILLER SANCHEZ, PHILIP
CALDERWOOD, JOSE ANTONIO PIETRI,
JOSE R. CASSERES-PINTO, TONGYI
WANG, JAMES B. SHAW, JOHANNES
EIJMBERTS, and LORNE MORRIS, on
behalf of themselves and all others
similarly situated,

   Plaintiffs,

v.

RAYMOND JAMES & ASSOCIATES, INC.,
PEOPLE'S UNITED FINANCIAL, INC., as
successor-in-interest to Chittenden Trust
Company, PEOPLE'S UNITED BANK,
ARIEL QUIROS, WILLIAM STENGER and
JOEL BURSTEIN,

   Defendants.
_____/

**DEFENDANT ARIEL QUIROS'S NOTICE OF FILING REQUEST FOR
JUDICIAL NOTICE OF DOCUMENTS INCORPORATED IN THE PLAINTIFFS'
AMENDED CLASS ACTION COMPLAINT**

Defendant Ariel Quiros ("Mr. Quiros"), by and through his undersigned attorneys, hereby gives notice of filing the attached Request for Judicial Notice requesting that the Court consider, in deciding Defendant's Motion to Dismiss ("Motion"), certain documents that are incorporated by reference in the Amended Class Action Complaint ("FAC").

Dated:  September 30, 2016    Respectfully submitted,

              By: *s/ James R. Bryan*
                Scott B. Cosgrove
                 Florida Bar No. 161365
                James R. Bryan
                 Florida Bar No.  696862
               **León Cosgrove, LLC**
                255 Alhambra Circle, Suite 800
                Coral Gables, Florida 33133
                Telephone: (305) 740-1975
                Facsimile:  (305) 437-8158
                Email:  scosgrove@leoncosgrove.com
                Email:  jbryan@leoncosgrove.com
                Email:  anoonan@leoncosgrove.com

                   *AND*

               David B. Gordon
               Travis Meserve
               (Admitted Pro Hac Vice)
               12 East 49th Street, 30th Floor
               New York, NY 10017
               Telephone: 212.509.3900
               Facsimile: 212.509.7239
               Email:  dbg@msk.com
               Email:  txm@msk.com

               John Durrant
                (Admitted Pro Hac Vice)
               11377 West Olympic Boulevard
               Los Angeles, CA 90064-1683
               Telephone: 310.312.2000
               Facsimile: 310.312.3100
               Email:  jsd@msk.com

               *Counsel for Defendant Ariel Quiros*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this on September 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in the manner stated in the service list attached.

                                                  *s/ James R. Bryan*
                                                  James R. Bryan

## SERVICE LIST
## US District Court, Southern District of Florida
## Case No. 16-CV-21575-FAM

*Alexandre Daccache v. Raymond James Financial, Inc., et al.*

| | |
|---|---|
| Harley S. Tropin<br>hst@kttlaw.com<br>Thomas A. Tucker Ronzetti<br>tr@kttlaw.com<br>Tal J. Lifshitz<br>tjl@kttlaw.com<br>Dyanne Elyce Feinberg<br>def@kttlaw.com<br>Maia Aron<br>ma@kttlaw.com<br>Rachel Sullivan<br>rs@kttlaw.com<br>**KOZYAK TROPIN & THROCKMORTON, P.A.**<br>2525 Ponce de Leon Blvd., 9th floor<br>Miami, FL 33134<br><br>*Counsel for Plaintiffs* | Paul Aiello<br>paiello@bennettaiello.com<br>Michael P. Bennett<br>mbennett@bennettaiello.com<br>Jeremy R. Kreines<br>jkreines@bennettaiello.com<br>**BENNETT AIELLO**<br>The Ingraham Building, Eighth Floor<br>25 Southeast Second Avenue<br>Miami, Florida 33131<br><br>*Co-Counsel for Plaintiffs* |
| Daniel C. Girard<br>dcg@girardgibbs.com<br>Adam E. Polk<br>aep@girardgibbs.com<br>**GIRARD GIBBS LLP**<br>601 California Street, 14th Floor<br>San Francisco, California 94108<br><br>*Co-Counsel for Plaintiffs* | Kathleen M. Donovan-Maher<br>kdonovanmaher@bermandevalerio.com<br>Steven Buttacavoli<br>sbuttacavoli@bermandevalerio.com<br>Nathaniel L. Orenstein<br>norenstein@bermandevalerio.com<br>**BERMAN DEVALERIO**<br>One Liberty Square<br>Boston, Massachusetts 02109<br><br>*Co-Counsel for Plaintiffs* |

| | |
|---|---|
| Stanley H. Wakshlag<br>swakshlag@knpa.com<br>Deborah S. Corbishley<br>dcorbishley@knpa.com<br>Ryan Zagare<br>rzagare@knpa.com<br>Janelle M. Ans<br>jans@knpa.com<br>**KENNY NACHWALTER, P.A.**<br>Four Seasons Tower,<br>Suite 1100<br>1441 Brickell Avenue<br>Miami, FL 33131<br><br>*Counsel for Defendants, Raymond James Financial, Inc. d/b/a Raymond James and Raymond James & Associates, Inc.* | James D. Sallah<br>jds@sallahlaw.com<br>Jeffrey L. Cox<br>jlc@sallahlaw.com<br>Joshua A. Katz<br>jak@sallahlaw.com<br>**SALLAH ASTARITA & COX, LLC**<br>One Boca Place<br>2255 Glades Road<br>Suite 300 E<br>Boca Raton, FL 33431<br><br>*Counsel for Defendant Joel Burstein* |
| William Stenger<br>1276 Bluff Road<br>Newport, Vermont<br>Jean P. Nogues 05855-9544 | Jonathan E. Minsker<br>jminsker@kasowitz.com<br>Maria H. Ruiz<br>mruiz@kasowitz.com<br>KASOWITZ BENSON TORRES &<br>FRIEDMAN LLP<br>1441 Brickell Avenue<br>Suite 1420<br>Miami, FL 33131<br><br>*Counsel for Defendants People's United Financial, Inc., and People's United Bank, N.A.* |