# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 1:16-CV-21575-FAM

ALEXANDRE DACCACHE, CARLOS
ENRIQUE HILLER SANCHEZ, PHILIP
CALDERWOOD, JOSE ANTONIO PIETRI,
JOSE R. CASSERES-PINTO, TONGYI WANG,
JAMES B. SHAW, JOHANNES EIJMBERTS,
and LORNE MORRIS, on behalf of themselves
and all others similarly situated,

       Plaintiffs,

v.

RAYMOND JAMES & ASSOCIATES, INC.,
PEOPLE'S UNITED FINANCIAL, INC.,
as successor-in-interest to Chittenden Trust Company,
PEOPLE'S UNITED BANK, ARIEL QUIROS,
WILLIAM STENGER, and JOEL BURSTEIN,

       Defendants.

_____/

## ORDER GRANTING PLAINTIFFS'
## MOTION FOR DISCOVERY CONFERENCE

**THIS CAUSE** is before the Court upon Plaintiffs' Motion for Discovery Conference and

Incorporated Memorandum of Law, filed on October 14, 2016. The Court has carefully

considered Plaintiffs' Motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

    1.     Plaintiffs' Motion for Discovery Conference is **GRANTED**.

    2.     The discovery conference will occur at C. Clyde Atkins U.S. Courthouse, 301

North Miami Avenue, 5th Floor, Miami, FL 33128 on October 20 at 3:30PM.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, this

_____ day of _____ Oct _____, 2016.

_____
HONORABLE JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

All Counsel of Record