UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-21575-MORENO/O'SULLIVAN

ALEXANDRE DACCACHE, CARLOS
ENRIQUE HILLER SANCHEZ, PHILIP
CALDERWOOD, JOSE ANTONIO PIETRI,
JOSE R. CASSERES-PINTO, TONGYI
WANG and LORNE MORRIS, on behalf of
himself and all others similarly situated,

        Plaintiffs,

v.

RAYMOND JAMES & ASSOCIATES, INC.,
PEOPLE'S UNITED FINANCIAL, INC., as
successor-in-interest to Chittenden Trust
Company, PEOPLE'S UNITED BANK,
ARIEL QUIROS, WILLIAM STENGER, and
JOEL BURSTEIN,

        Defendants.

## ORDER GRANTING VERIFIED MOTION TO APPEAR PRO HAC VICE

THIS CAUSE came before the Court upon Robert H. Rotstein Verified Motion for

Admission to Appear Pro Hac Vice pursuant to Florida Rule of Judicial Administration 2.510. The

Court has carefully considered the Motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Mr. Rotstein is permitted to

appear in this Court as attorney of record for Defendant Ariel Quiros.

    **DONE AND ORDERED** in Miami-Dade County, Florida, this 8 day of

Feb , 2017.

FEDERICO A. MORENO   John O'Sullivan
UNITED STATES DISTRICT JUDGE
MAG. J MATE

cc:    All counsel of record