UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-21575-MORENO/O'SULLIVAN

ALEXANDRE DACCACHE, CARLOS
ENRIQUE HILLER SANCHEZ, PHILIP
CALDERWOOD, JOSE ANTONIO PIETRI,
JOSE R. CASSERES-PINTO, TONGYI
WANG, JAMES B. SHAW, JOHANNES
EIJMBERTS, and LORNE MORRIS on
behalf of themselves and all others similarly
situated,

      Plaintiffs,

v.

RAYMOND JAMES & ASSOCIATES, INC.,
PEOPLE'S UNITED FINANCIAL, INC.,
as successor-in-interest to Chittenden Trust
Company, PEOPLE'S UNITED BANK,
ARIEL QUIROS, WILLIAM STENGER and
JOEL BURSTEIN,

      Defendants.
_____/

## AMENDED ORDER RE-SETTING HEARING ON MOTIONS

THIS MATTER is before the Court on Raymond James & Associates, Inc.'s Motion to Dismiss (DE # 108, 9/19/16), Defendant Joel Burstein's Motion to Dismiss the Amended Class Action Complaint and Incorporated Memorandum of Law (DE# 109, 9/19/16), the Motion to Dismiss the Amended Complaint and Supporting Memorandum of Law of Defendants People's United Financial, Inc. and People's United Bank, N.A. (DE# 111, 9/30/16), Defendant Ariel Quiros's Motion to Dismiss Amended Class Action Complaint and Supporting Memorandum of Law (DE# 114, 9/30/16) and the related requests for judicial notice (DE# 115, 151-152). Having reviewed the applicable filings

and law, it is

ORDERED AND ADJUDGED that the aforementioned motions are set for hearing before the undersigned on **Wednesday, April 19, 2017, at 1:30 PM** in the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida. Request for a continuance shall only be addressed in the form of a written motion. The hearings previously set for March 13, 2017 and April 17, 2017 are CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida, this **8th** day of March, 2017.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Moreno
All Counsel of Record