UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-21575-MORENO/O'SULLIVAN

ALEXANDRE DACCACHE, CARLOS
ENRIQUE HILLER SANCHEZ, PHILIP
CALDERWOOD, JOSE ANTONIO PIETRI,
JOSE R. CASSERES-PINTO, TONGYI
WANG, JAMES B. SHAW, JOHANNES
EIJMBERTS, and LORNE MORRIS on
behalf of themselves and all others similarly
situated,

      Plaintiffs,

v.

RAYMOND JAMES & ASSOCIATES, INC.,
PEOPLE'S UNITED FINANCIAL, INC.,
as successor-in-interest to Chittenden Trust
Company, PEOPLE'S UNITED BANK,
ARIEL QUIROS, WILLIAM STENGER and
JOEL BURSTEIN,

      Defendants.
_____/

## ORDER

THIS MATTER is before the Court on Raymond James & Associates, Inc.'s Motion to Dismiss (DE # 108, 9/19/16), Defendant Joel Burstein's Motion to Dismiss the Amended Class Action Complaint and Incorporated Memorandum of Law (DE# 109, 9/19/16), Plaintiffs' Motion to Compel Documents from Defendant Raymond James & Associates, Inc. Withheld on the Basis of the "SAR" Privilege (DE# 202, 2/14/17) and Plaintiffs' Motion to Compel Production of Documents and Amended Privilege and Redaction Logs (DE# 203, 2/14/17). Having reviewed the applicable filings and law and having been advised that the plaintiffs reached a settlement with defendants Raymond

James and Joel Burstein (DE# 218), it is

ORDERED AND ADJUDGED that Raymond James & Associates, Inc.'s Motion to Dismiss (DE # 108, 9/19/16), Defendant Joel Burstein's Motion to Dismiss the Amended Class Action Complaint and Incorporated Memorandum of Law (DE# 109, 9/19/16), Plaintiffs' Motion to Compel Documents from Defendant Raymond James & Associates, Inc. Withheld on the Basis of the "SAR" Privilege (DE# 202, 2/14/17) and Plaintiffs' Motion to Compel Production of Documents and Amended Privilege and Redaction Logs (DE# 203, 2/14/17) are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this **17th** day of April, 2017.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Moreno
All Counsel of Record