UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 16-21575-CIV-MORENO

ALEXANDRE DACCACHE, on behalf of
himself and all others similarly situated,

        Plaintiffs,

vs.

RAYMOND JAMES FINANCIAL, INC. d/b/a
RAYMOND JAMES; RAYMOND JAMES &
ASSOCIATES, INC.; ARIEL QUIROS;
WILLIAM STENGER; and JOEL
BURSTEIN,

        Defendants.
_____/

## ORDER DISMISSING COUNTS XII AND XIII ONLY

THIS CAUSE came before the Court upon Plaintiffs' Notice of Voluntary Dismissal Without Prejudice of Counts XII and XIII **(D.E. 219)**, filed on **April 14, 2017**.

THE COURT has considered the notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Count XII (Florida RICO) and Count XIII (Conspiracy to Violate Florida RICO) are DISMISSED without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 of April 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record