UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-21575-FAM/JJO

ALEXANDRE DACCACHE, CARLOS
ENRIQUE HILLER SANCHEZ, PHILIP
CALDERWOOD, JOSE ANTONIO PIETRI,
JOSE R. CASSERES-PINTO, TONGYI WANG,
JAMES B. SHAW, JOHANNES EIJMBERTS,
and LORNE MORRIS, on behalf of themselves
and all others similarly situated,

  Plaintiffs,

v.

RAYMOND JAMES & ASSOCIATES, INC.,
PEOPLE'S UNITED FINANCIAL, INC.,
as successor-in-interest to Chittenden Trust Company,
PEOPLE'S UNITED BANK, ARIEL QUIROS,
WILLIAM STENGER, and JOEL BURSTEIN,

  Defendants.
_____/

### NOTICE OF SETTLEMENT BETWEEN THE RECEIVER AND RAYMOND JAMES & ASSOCIATES, INC., STAY OF LITIGATION, AND PROCEEDINGS FOR APPROVAL OF SETTLEMENT

Notice is hereby given that Michael I. Goldberg, as Receiver appointed in *SEC v. Quiros et al.*, Case No. 16-CV-21301-DPG (S.D. Fla.) (the "SEC Action"), for the entities listed in **Schedule A**, Defendant Raymond James & Associates, Inc. ("Raymond James"), and Interim Class Counsel in *Daccache v. Raymond James & Associates, Inc., et al.*, Case No. 16-CV-21575-FAM (S.D. Fla.), have reached a settlement as to all claims against Raymond James and Joel Burstein that has been preliminarily approved by the Honorable Darrin P. Gayles in the SEC Action. The Preliminary Approval Order is attached hereto as **Exhibit 1**, and the Notice of

1

Proceedings to Approve Settlement with Raymond James & Associates, Inc. and Bar Order is attached hereto as **Exhibit 2**.

In the Preliminary Approval Order, Judge Gayles found that a stay in this action (and all other actions in which Raymond James is a defendant as a result of its relationship with the receivership entities) is warranted to preserve the claims of the Receiver being settled and the orderly administration of the Receivership Estate. The settlement agreement, at paragraph 9(a), provides for a stay of all litigation pending against Raymond James and Joel Burstein. The stay provided in the Preliminary Approval Order shall not affect the prosecution of any claim against any other defendant in this action. This stay does not apply to any pending or future actions brought by any federal or state governmental bodies or agencies.

Dated: April 26, 2017

Respectfully submitted,

By: */s/ Jeffrey C. Schneider*
JEFFREY C. SCHNEIDER, P.A.
Florida Bar No. 933244
Primary: jcs@lklsg.com
Secondary: lv@lklsg.com
STEPHANIE REED TRABAND, P.A.
Florida Bar No. 933244
Primary: srt@lklsg.com
Secondary: lv@lklsg.com
MARCELO DIAZ-CORTES, ESQ.
Florida Bar No. 118166
Primary: md@lklsg.com
Secondary: cod@lklsg.com
LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard
Miami Center, 22nd Floor
Miami, FL 33131
Telephone: (305) 403-8788
*Counsel for Michael I. Goldberg, as Receiver*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this on April 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in the manner stated in the service list attached.

*/s/ Jeffrey C. Schneider*
Jeffrey C. Schneider

## SERVICE LIST

| | |
|---|---|
| Thomas A. Tucker Ronzetti, Esq.<br>tr@kttlaw.com<br>Harley S. Tropin, Esq.<br>hst@kttlaw.com<br>Dyanne E. Feinberg, Esq.<br>def@kttlaw.com<br>Maia Aron, Esq.<br>ma@kttlaw.com<br>Tal J. Lifshitz, Esq.<br>tjl@kttlaw.com<br>**KOZYAK TROPIN & THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, FL 33134<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508<br>*Counsel for Plaintiff and the Class* | Stanley H. Wakshlag, Esq.<br>swakshlag@kennynachwalter.com<br>Richard Critchlow<br>rhc@kennynachwalter.com<br>Kenny Nachwalter, P.A.<br>201 South Biscayne Boulevard,<br>Suite 1100<br>Miami, Florida 33131-4327<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br>*Counsel for Defendants Raymond James Financial, Inc. d/b/a Raymond James and Raymond James & Associates, Inc.* |
| Melissa D. Visconti, Esq.<br>mvisconti@dvllp.com<br>jserna@dvllp.com<br>Melanie E. Damian, Esq.<br>mdamian@dvllp.com<br>lfd@dvllp.com<br>**DAMIAN & VALORI LLP**<br>1000 Brickell Avenue, Suite 1020<br>Miami, Florida 33131<br>Telephone: 305-371-3960<br>Facsimile: 305-371-3965<br><br>*Counsel for Defendant Quiros* | James D. Sallah, Esq.<br>jds@sallahlaw.com<br>Jeffrey L. Cox, Esq.<br>jlc@sallahlaw.com<br>Joshua A. Katz, Esq.<br>jak@sallahlaw.com<br>Sallah Astarita & Cox, LLC<br>One Boca Place<br>2255 Glades Rd., Ste. 300E<br>Boca Raton, Florida 33431<br>Telephone: (561) 989-9080<br>Facsimile: (561) 989-9020<br>*Counsel for Defendant Joel Burstein*<br><br>William Stenger, Pro Se<br>1276 Bluff Road<br>Newport, Vermont<br>05855-9544 |

## Schedule A

## (List of Receivership Entities)

Jay Peak, Inc.

Q Resorts, Inc.

Jay Peak Hotel Suites L.P.

Jay Peak Hotel Suites Phase II L.P.

Jay Peak Management, Inc.

Jay Peak Penthouse Suites L.P.

Jay Peak GP Services, Inc.

Jay Peak Golf and Mountain Suites L.P.

Jay Peak GP Services Golf, Inc.

Jay Peak Lodge and Townhouses L.P.

Jay Peak GP Services Lodge, Inc.

Jay Peak Hotel Suites Stateside L.P.

Jay Peak GP Services Stateside, Inc.

Jay Peak Biomedical Research Park L.P.

AnC Bio Vermont GP Services, LLC

Q Burke Mountain Resort, Hotel and Conference Center, L.P.

Q Burke Mountain Resort GP Services, LLC

Jay Construction Management, Inc.

GSI of Dade County, Inc.

North East Contract Services, Inc.

Q Burke Mountain Resort, LLC