UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-21575-CIV-MORENO**

ALEXANDRE DACCACHE, on behalf of
himself and all others similarly situated,

      Plaintiffs,

vs.

RAYMOND JAMES FINANCIAL, INC. d/b/a
RAYMOND JAMES; RAYMOND JAMES &
ASSOCIATES, INC.; ARIEL QUIROS;
WILLIAM STENGER; and JOEL
BURSTEIN,

      Defendants.
_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE THIS CAUSE came before the Court upon the Notice of Settlement Between the Receiver and Raymond James & Associates, Inc. **(D.E. 230)**, filed on **April 26, 2017**.

Accordingly, it is

**ADJUDGED** that:

I.    The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II.    The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III.    This order shall not prejudice the rights of the parties to this litigation.

2

IV. Plaintiff SHALL notify the Court by **July 27, 2017**, and every three months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th of April 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record