UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 16-21575-CIV-MORENO

ALEXANDRE DACCACHE, on behalf of himself and
all others similarly situated,

        Plaintiffs,

vs.

RAYMOND JAMES FINANCIAL, INC. d/b/a
RAYMOND JAMES; RAYMOND JAMES &
ASSOCIATES, INC.; ARIEL QUIROS; WILLIAM
STENGER; and JOEL BURSTEIN,

        Defendants.
_____/

## FINAL ORDER OF DISMISSAL AS TO DEFENDANTS RAYMOND JAMES & ASSOCIATES, INC. AND JOEL BURSTEIN AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Stipulation of Dismissal - Dismissing All Claims Against Raymond James & Associates, Inc. and Joel Burstein with Prejudice **(D.E. 250)**, filed on **August 31, 2017**. It is

ADJUDGED that in light of a settlement between Plaintiffs and Defendants Raymond James & Associates, Inc. and Joel Burstein, the claims against Defendants Raymond James & Associates, Inc. and Joel Burstein are **DISMISSED WITH PREJUDICE** in accordance with the settlement agreement. The Court shall retain jurisdiction to enforce the terms of the settlement agreement if it is filed in its entirety by **October 3, 2017**. It is also

ADJUDGED that all pending motions relating to Defendants Raymond James & Associates, Inc. and Joel Burstein are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _5_ of September 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record