UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-21575-CIV-MORENO

ALEXANDRE DACCACHE, on behalf of himself and all others similarly situated,

    Plaintiffs,

vs.

ARIEL QUIROS; PEOPLE'S UNITED FINANCIAL, INC.; and PEOPLE'S UNITED BANK,

    Defendants.
_____/

## ORDER REOPENING CASE

THIS CAUSE came before the Court upon Plaintiffs' Motion to Restore the Case to the Active Docket **(D.E. 280)**, filed on **April 13, 2018**.

THE COURT has considered the motion, the response in opposition, the reply, pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED and the case is REOPENED. It is further

**ADJUDGED** that People's United Bank and People's United Financial, Inc.'s Motion to Dismiss **(D.E. 111)**, filed on **September 30, 2016**, and Ariel Quiros's Motion to Dismiss **(D.E. 114)**, filed on **September 30, 2016**, are REOPENED.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th of May 2018.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record